

ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
CHICAGO   CLEVELAND   DAYTON   WASHINGTON, D.C.

October 27, 2020

*Via ECF*

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *DR Bank et al. v. KeyBank National Association*, 1:20-cv-05082-PGG

Your Honor:

We represent defendant-counterclaim plaintiff KeyBank National Association in the above-referenced action.  We write to request, on behalf of all parties, an adjournment of the Initial Pretrial Conference currently scheduled for October 29, 2020.

The reason for the request is that the parties have reached a settlement in principle, subject to negotiation and execution of a written settlement agreement.  Accordingly, we believe an adjournment of approximately one month would be efficient and appropriate.  Allowing for the Thanksgiving holiday, we respectfully propose December 3 as the adjourned date.  All parties are available on that date.

Respectfully submitted,

*/s/ Emily J. Mathieu*

Emily J. Mathieu

MEMO ENDORSED

The conference previously scheduled for October 29, 2020 is adjourned to December 3, 2020 at 10:00 a.m.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

October 28, 2020

Emily.Mathieu@ThompsonHine.com   Fax: 212.344.6101   Phone: 212.908.3963

THOMPSON HINE LLP
ATTORNEYS AT LAW
335 Madison Avenue
12th Floor
New York, New York 10017-4611
www.ThompsonHine.com
Phone: 212.344.5680
Fax: 212.344.6101