

November 30, 2020

*Via ECF*

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *DR Bank et al. v. KeyBank National Association*, 1:20-cv-05082-PGG

Your Honor:

We represent defendant-counterclaim plaintiff KeyBank National Association in the above-referenced action.  We write to request, on behalf of all parties, an adjournment of the Initial Pretrial Conference currently scheduled for December 3, 2020.

The reason for the request is that the parties have reached a settlement in principle and are in the process of negotiating a written settlement agreement.  Accordingly, we believe an adjournment of approximately one month would be efficient and appropriate.  Allowing for the New Year's holiday, we respectfully propose January 7 or 14, 2021, as the adjourned date.

Respectfully submitted,

*/s/ Emily J. Mathieu*

Emily J. Mathieu

cc:  All counsel of record

MEMO ENDORSED
The telephone conference scheduled for December 3, 2020 is adjourned to January 7, 2021 at 9:45 a.m.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

December 1, 2020

Emily.Mathieu@ThompsonHine.com   Fax: 212.344.6101   Phone: 212.908.3963

THOMPSON HINE LLP
ATTORNEYS AT LAW

335 Madison Avenue
12th Floor
New York, New York 10017-4611

www.ThompsonHine.com
Phone: 212.344.5680
Fax: 212.344.6101